Case Number: __AT 3330-0084__

Location of Search:
14275 U.S. Highway 301
New Zion, SC
Clarendon Parcel ID: 272-00-06-007-00

# Search Warrant Inventory

| Item # | Description |
|---|---|
| 1 | 1 Dog Collar (Located Outside) |
| 2 | 1 Thick Chain (Located Outside) |
| 3 | 16 Live Dogs |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |

On <u>September 25, 2022</u> at _____ hours, this inventory was prepared and a copy was provided in the following manner:

____ No person was present to provide a copy of this inventory, subsequently it was left at the below locations:

_____

____ A copy of this inventory was provided to the following person:

Name: _____    Signature: _____
Address: _____

I, the inventory officer, certify this inventory depicts a true and accurate representation of the items seized pursuant to the search warrant.

Inventory Officer: _____    Witness: _____

Printed Name: Vivian Warner                         Printed Name: Kendra Nettles